**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vernon Corneilus BRYANT, Jr.,**
**Defendant–Appellant.**

**No. 10–6867.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 22, 2010.

Vernon Corneilus Bryant, Jr., Appellant Pro Se. Robert Jack Higdon, Jr., Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Corneilus Bryant, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *See United States v. Bryant*, No. 4:04–cr–00075–D–3 (E.D.N.C. June 17, 2010); *United States v. Hood*, 556 F.3d 226 (4th Cir.), *cert. denied*, —— U.S. ——, 130 S.Ct. 321, 175 L.Ed.2d 212 (2009) (noting that defendant convicted of a crack offense, but sentenced pursuant to a mandatory statutory minimum sentence, is ineligible for a reduction under § 3582(c)(2)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*